UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS O. JACKSON,

    Plaintiff,                    Case No. 1:13-cv-475

v.                                      HON. JANET T. NEFF

F. HOGLE, et al.,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a Motion for Injunctive Relief (Dkt 25). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 9, 2014 recommending that this Court deny Plaintiff's motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 65) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Injunctive Relief (Dkt 25) is DENIED.

Dated: May 5, 2014                                  /s/Janet T. Neff
                                                      JANET T. NEFF
                                                      United States District Judge