UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS O. JACKSON,

       Plaintiff,                     Case No. 1:13-cv-475

v.                                     HON. JANET T. NEFF

F. HOGLE, et al.,

       Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a Motion for Temporary Restraining Order and/or Preliminary Injunction (Dkt 71) and a Motion for Subpoena (Dkt 73). The motions were referred to the Magistrate Judge, who issued a Report and Recommendation on August 6, 2014 recommending that this Court deny Plaintiff's motions. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 82) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction (Dkt 71) and Motion for Subpoena (Dkt 73) are DENIED.

Dated: September 2, 2014                     /s/Janet T. Neff
                                                              JANET T. NEFF
                                                              United States District Judge